**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Justin Neil Flocchini, <br><br>    Plaintiff, <br><br> vs. <br><br> Carolyn Colvin, ACTING COMMISIONER OF SOCIAL SECURITY[1], <br><br>    Defendant. | Case No. 1:24-cv-01246-EPG <br><br> STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION OF TIME <br><br> (ECF No. 11) |

      Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 60-day extension of time, from January 15, 2025 to March 17, 2025, for Plaintiff to serve on defendant with PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT.  All other dates in the Court's Scheduling Order shall be extended accordingly.

      This is Plaintiff's first request for an extension of time.  Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due on the same week.  For the weeks of January 13, 2025 and January 20, 2025, Plaintiff's Counsel has eleven merit briefs due.  Counsel requires additional time to brief the issues thoroughly for the Court's

---

[1] Carolyn Colvin became the Commissioner of Social Security on November 30, 2024. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn Colvin should be substituted for Martin O'Malley as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1

consideration. Defendant does not oppose the requested extension. Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: December 30, 2024     PENA & BROMBERG, ATTORNEYS AT LAW

By: */s/ Jonathan Omar Pena*
   JONATHAN OMAR PENA
   Attorneys for Plaintiff

Dated: December 30, 2024     PHILLIP A. TALBERT
   United States Attorney
   MATHEW W. PILE
   Associate General Counsel
   Office of Program Litigation
   Social Security Administration

By:  **/s/ Justin Lane Martin*
   Justin Lane Martin
   Special Assistant United States Attorney
   Attorneys for Defendant
   (*As authorized by email on December 27, 2024)

2

**ORDER**

Pursuant to the parties' stipulation (ECF No. 11), Plaintiff shall file the motion for summary judgment by no later than March 17, 2025. All other deadlines in the Court's scheduling order are extended accordingly.

IT IS SO ORDERED.

Dated:  **January 5, 2025**                    /s/ Erica P. Grosjean
                                         UNITED STATES MAGISTRATE JUDGE